**FILED**
June 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>              Plaintiff,                      )<br>v.                                                    )<br>                                                          )<br>Carmen Galeano,                         )<br>                                                          )<br>              Defendant.                  ) | Case No.  2:08-mj-217 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Carmen Galeano   Case 2:08-mj-217 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,000

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_   (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/25/08  at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge