FILED
June 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-mj-217 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Carmen Galeano, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Carmen Galeano  Case 2:08-mj-217 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     _  Release on Personal Recognizance

     _  Bail Posted in the Sum of _____

     X  Unsecured bond in the amount of $50,000

     _  Appearance Bond with 10% Deposit

     _  Appearance Bond secured by Real Property

     _  Corporate Surety Bail Bond

     X  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/25/08  at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge